David P. FARLEY, Plaintiff–Appellant,

v.

Douglas DOVE, Defendant–Appellee.

No. 02–2045.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 22, 2003.

David P. Farley, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David P. Farley appeals the district court's order denying his motion to reopen a dismissed case. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Farley v. Dove*, No. CA–01–761 (E.D.N.C. Aug. 12, 2002). We deny all of Farley's outstanding motions, including his motions for "HUD Attachment Sheets," a writ of supersedeas, and a temporary restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*